JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DAVID FROST,  )  | Case No. EDCV 12-00212-MLG |
| Plaintiff,  ) | JUDGMENT |
| v.  ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| Defendant.  ) | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: August 24, 2012

_____
MARC L. GOLDMAN
United States Magistrate Judge